IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY, LLC, and ZACHARY WHITE,<br><br>　　Defendants. | Case No. 1:23-cv-02114-VMC |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant Ambling Management Company, LLC, hereby stipulate and agree that the above-captioned action is hereby dismissed without prejudice. Defendant Zachary White has not appeared in this case.

| | |
|---|---|
| s/Kim M. Jackson<br>Georgia Bar No. 094900<br>kjackson@boviskyle.com<br>s/W. Randal Bryant<br>Georgia Bar No. 092039<br>rbryant@boviskyle.com<br>**BOVIS, KYLE, BURCH & MEDLIN, LLC**<br>200 Ashford Center North, Suite 500<br>Atlanta, Georgia  30338-2680<br>(770) 391-9100<br>*Attorneys for Plaintiff*<br>　*Century Surety Company* | s/Shattuck Ely<br>Georgia Bar No. 246944<br>tely@fellab.com<br>**FELLOWS LABRIOLA LLP**<br>Peachtree Center<br>Suite 2400 Harris Tower<br>233 Peachtree Street, N.E.<br>Atlanta, Georgia  30303<br>(404) 586-9200<br>*Attorney for Defendant*<br>　*Ambling Management Company, LLC* |